FILED
October 6, 2023
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHARITA LAVELL WRIGHT<br><br>Defendant. | Case No. 2:23-cr-0249 DAD-2<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>SHARITA LAVELL WRIGHT</u> Case No. <u>2:23-cr-0249 DAD-2</u> Charges <u>18 U.S.C §286</u> from custody for the following reasons:

   <u>  x  </u>   Release on Personal Recognizance

   <u>     </u>   Bail Posted in the Sum of $ _____

          <u>     </u>   Unsecured Appearance Bond $ _____

          <u>     </u>   Appearance Bond with 10% Deposit

          <u>     </u>   Appearance Bond with Surety

          <u>     </u>   Corporate Surety Bail Bond

          <u>     </u>   (Other): <u>  </u>

Issued at Sacramento, California on October 6, 2023 at 2:22 PM

By:   /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney