**WILLIAM F. PORTANOVA, State Bar No. 281364**
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
SHARITIA WRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-00249-DAD-2 |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER RE: MODIFICATION OF** |
| v. | ) | **DEFENDANT'S CONDITIONS** |
| | ) | **OF PRETRIAL RELEASE** |
| SHARITIA WRIGHT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    With the Court's permission, defendant Sharitia Wright requests, and the government does not oppose, that the release conditions imposed on Ms. Wright on October 5, 2023, be modified as follows:

       5. You must restrict your travel to the **State of California**, unless otherwise approved in advance by the pretrial services officer;

    This modification is required to allow Ms. Wright to reside with her long-time partner/fiancée, Bruce Davis, at an address located in the Northern District of California.

1

All other terms and conditions of Ms. Wright's pretrial release shall remain in

**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

1  effect.

4  **IT IS SO STIPULATED.**

6  DATED:  November 16, 2023

   */s/ William F. Portanova*
   _____
   WILLIAM F. PORTANOVA
   Counsel for Defendant
   SHARITIA WRIGHT

10  DATED:  November 16, 2023

   */s/ Nicholas Fogg*
   _____
   NICHOLAS FOGG
   Assistant United States Attorney

14  **IT IS SO ORDERED**.

16  Dated:  November 16, 2023

   _____
   KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION AND ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**