WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
SHARITIA WRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:23-cr-00249-DAD-2 |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| v. | ) | |
| SHARITIA WRIGHT, | ) | |
| Defendant. | ) | |

With the Court's permission, defendant Sharitia Wright requests, and the government does not oppose, that the release conditions imposed on Ms. Wright on October 5, 2023, be modified as follows:

**11. You must participate in a program of medical or psychiatric treatment, as determined by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.**

All other terms and conditions of Ms. Wright's pretrial release shall remain in effect.

1

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**

**IT IS SO STIPULATED.**

DATED: November 29, 2023

/s/ William F. Portanova
_____
WILLIAM F. PORTANOVA
Counsel for Defendant
SHARITIA WRIGHT

DATED: November 29, 2023

/s/ Nicholas Fogg
_____
NICHOLAS FOGG
Assistant United States Attorney

**IT IS SO ORDERED**.

DATED: November 29, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S PRE-TRIAL RELEASE**